UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY C. BONTEMPS,<br><br>Plaintiff,<br><br>v.<br><br>KO FRANCIS, et al.,<br><br>Defendants. | No. 2:18-cv-02708 MCE DB P<br><br><br>ORDER |

On May 10, 2019, plaintiff was directed to pay the $400 filing fee in full within thirty days, and he informed that failure to comply with the order will result in the dismissal of this action. The thirty-day period has now passed, and plaintiff has not paid the filing fee or otherwise responded to the Court's order. Accordingly, IT IS HEREBY ORDERED that this action is dismissed. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated: June 25, 2019

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE